**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No 13-29753 |
| SAMUEL L. BRIMMAGE, | Judge Cox |
| Debtors | Chapter 13 |
| | Trustee – Tom Vaughn |

NOTICE OF OBJECTION TO CLAIM FILED BY QUANTUM3 GROUP LLC
AS AGENT FOR ELITE RECOVERY ACQUISITIONS LLC (CLAIM # 3)

TO: Quantum3 Group LLC as agent for
Elite Recovery Acquisitions LLC
PO Box 788
Kirkland WA 98083-0788

Quantum3 Group LLC
c/o Corpdirect Agents, Inc.
160 Greentree Drive, Suite 101
Dover DE 19904

Elite Recovery Acquisitions LLC
c/o National Recovery Agents, Inc
160 Greentree Drive, Suite 101
Dover DE 19904

Quantum3 Group LLC
c/o Erik Nielsen Reg'd Agent
1206 98th Ave NE, Ste 200
Kirkland WA 98034

Debtor, Samuel L. Brimmage, has filed an objection to the Claim filed by Quantum3 Group LLC as Agent for Elite Recovery Acquisitions LLC (Claim # 3) in his bankruptcy case.

*Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.*

*If you do not want the court to eliminate or change your claim, you or your lawyer* ***must****:*

EITHER

Attend the hearing scheduled to be held on  Monday, January 5, 2015, at  9:00 a.m. in Courtroom 680, United States Bankruptcy Court, 219  S. Dearborn St, Chicago IL 60604

OR

on or before  January 2, 2015, file with the court a written response  explaining your position at:

Clerk, U.S. Bankruptcy Court
Room 710

219 S. Dearborn Street
Chicago IL 60604

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before January 2, 2015.

*If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, and change or modify your claim as requested by the debtor.*

*/s/ David S. Yen*
David S. Yen

David S. Yen
Attorney for Debtor
ARDC ID# 06194700
LEGAL ASSISTANCE FOUNDATION
120 S. LaSalle St, Suite 900
Chicago, IL 60603-3425
Phone: 312/347-8372

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice and the attached Objection, by mailing a copy to the person(s) listed above on this the _1st_ day of December, 2014, except as to the persons indicated by an asterisk (*), who are registrants with the Court's CM/ECF system and who have, pursuant to Fed. R. Bankr. P. 7005 and 9036, and §II.B.4 of the Court's Administrative Procedures waived the right to receive notice by first class mail and consented to receive notice electronically, and waived the right to service by personal service or first class mail and consented to receive electronic service.

*/s/ David S. Yen*
David S. Yen

\

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                            Case No 13-29753

     SAMUEL L. BRIMMAGE,                Judge Cox

Debtors                                           Chapter 13

                                                  Trustee – Tom Vaughn

OBJECTION TO CLAIM FILED BY QUANTUM3 GROUP LLC AS
AGENT FOR ELITE RECOVERY ACQUISITIONS LLC (CLAIM # 3)

Debtor, Samuel L. Brimmage, pursuant to Fed R.Bankr P. 3007 and 9014, hereby objects to the

claim filed by Quantum3 Group LLC as Agent for Elite Recovery Acquisitions LLC (Claim # 3),

and moves that this Court disallow the claim. In support of his objection debtor states as follows:

1.   This case was filed on July 26, 2013.

2.   On September 12, 2013, Quantum3 Group LLC filed a Proof of Claim in the amount of

$1,151.63  as agent for Elite Recovery Acquisitions LLC.  This is claim number 3 on the claims

register in this case. A copy is attached as Exhibit "A" and incorporated by reference.

3.   The Proof of Claim states that the original creditor was "Household Renaissance," that

the account was opened on 07-22-2003, and that both the last transaction date and the charge off

date were 06-30-2004.

4.   Based on the information provided in the proof of claim, debtor does not recognize the

debt.

5.   Debtor agrees that if this claim is for a debt that he actually incurred, that the last

transaction of any kind on the account was no later than June 30, 2004.

6.   This account was either for goods sold or for a credit card account.

7.    In  Illinois collection on a credit card account is subject to a five-year statute of

limitations. *Portfolio Acquisitions v. Feltman,* 391 Ill.App.3d 642 (1st Dist. 2009).

8.    In Illinois collection on an account resulting from the sale of goods is subject to a four-

year the statute of limitations. 810 ILCS 5/2-725.

9.    Pursuant to 11 U.S.C. § 502(b)(1), a claim that is unenforceable under applicable law,

which in this case is Illinois law, should not be allowed.

10.  The debt that is the subject of the claim filed is unenforceable under Illinois law, and

should be disallowed.

WHEREFORE. Debtor prays that the Court

a.      Disallow the claim filed by Quantum3 Group LLC as Agent for Elite Recovery

Acquisitions LLC (Claim # 3);

b.      Order that any money paid on the claim be returned to the Chapter 13 Trustee; and,

c.      grant such other, further and different relief as may be just and proper

Respectfully submitted,

*/s/  David S. Yen*
Attorney for Debtor

David S. Yen
Attorney for Debtor
ARDC ID# 06194700
LEGAL ASSISTANCE FOUNDATION
120 S. LaSalle, Suite 900
Chicago, IL 60603-3425
Phone: 312/341-1070 or 347-8372